AO91 (Rev. 12/03) Criminal Complaint                                                                                         AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
              vs.

**CRIMINAL COMPLAINT**

Case Number: 7:25-po-01180

Estuardo PIRIR-Subuyuj
IAE
Guatemala 2002

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 17, 2025** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Estuardo PIRIR-Subuyuj was encountered by Border Patrol Agents near Hidalgo, Texas on April 17, 2025. When questioned as to his citizenship, defendant stated that he was a citizen and national of Guatemala, who had entered the United States illegally on April 17, 2025 by crossing the Rio Grande River near Hidalgo, Texas.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Garza, Eric   Border Patrol Agent
Signature of Complainant

Garza, Eric    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 18, 2025                                                                                          at      McAllen, Texas
Date                                                                                                                    City/State

Juan F Alanis            Magistrate Judge
Name of Judge          Title of Judge                                                        Signature of Judge